**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**CORY NOLE OSWALD,**

**Petitioner,**

**v.** **Case No. 3:26cv780-MW/MAF**

**STATE OF FLORIDA, et al.,**

**Respondents.**

**_______________________/**

**REPORT AND RECOMMENDATION**

By order on February 4, 2026, in this pending federal habeas corpus proceeding, this Court directed Petitioner Cory Nole Oswald to pay the required $5.00 filing fee or file an application for leave to proceed in forma pauperis (IFP) on or before March 6, 2026. ECF No. 3. In the same order, this Court also directed Petitioner to submit an amended habeas petition on the proper form on or before March 6, 2026. *Id*. Petitioner Oswald timely filed an amended petition, ECF No. 4; however, to date, he has not paid the filing fee or submitted an IFP motion as directed.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 (11th Cir. 1989). Accordingly, this case should be dismissed.

Petitioner shall have a 14-day period after service of this Report and Recommendation in which to file objections. This will also afford Petitioner a final opportunity to show good cause for the failure to respond to the Court's order. Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore respectfully **RECOMMENDED** that this case be **DISMISSED.**

**IN CHAMBERS** at Tallahassee, Florida, on August 5, 2026.

**S/ Martin A. Fitzpatrick**
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.**